UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARMEN ORTEGA,
        Petitioner,

v.                                                 CIVIL ACTION NO. 11-10358-MBB

THOMAS M. HODGSON,
        Respondent.

## FINAL JUDGMENT

### OCTOBER 6, 2011

**BOWLER, U.S.M.J.**

In accordance with the Motion to Dismiss filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** without costs.

                                                /s/ Marianne B. Bowler
                                                MARIANNE B. BOWLER
                                                United States Magistrate Judge